UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON BUSBY | ) | |
| LINDA BUSBY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## DECLARATION

I, E. Rosas, hereby declare pursuant to Title 28 United States Code § 1746 as follows:

1.   I am a Revenue Officer employed by the Internal Revenue Service ("IRS).  As a Revenue Officer, I have been assigned to collect the assessed unpaid federal tax liabilities of Byron and Linda Busby (the "taxpayers") for the 2005 through 2008 tax years.

2.   In the course of performing my duties I have access to certain computer records of the IRS.  I have conducted a search of IRS records within my custody and control concerning the taxpayers' federal income tax liabilities for the tax years referenced above.  These records reflect the facts set forth in the following paragraphs.

3.   The taxpayers filed joint federal tax returns for the 2005 through 2008 tax years and paid the original tax due on these returns. The IRS conducted audits of those returns and based on the audits, on the dates set forth below, the IRS made assessments

- 1 -

against the taxpayers for unpaid federal income taxes, penalties and interest for the

respective taxable periods listed, in the various amounts plus interest and penalties

that continue to accrue from the dates of assessment:

| Tax Period | Assessment Date | Additional Tax Assessed | Accuracy-Related Penalty | Interest |
|---|---|---|---|---|
| 2005 | 7/20/2009 | 60,019.00 | 12,003.80 | 10,648.36 |
| 2006 | 10/13/2008 | 4,667.00 | | 390.72 |
| 2006 | 4/5/2010 | 102,005.00 | 20,401.00 | 21,861.42 |
| 2007 | 2/8/2010 | 124,315.00 | 24,863.00 | 13,511.80 |
| 2008 | 3/29/2010 | 61,285.40 | | 1,767.43 |

(See Transcripts of Accounts attached hereto as Exhibit A).

4.   Notice of the assessments described in paragraph 3 above, and demands for payment

thereof, were duly made on the taxpayers as provided by law.  Despite notice and

demand, the taxpayers have failed to pay in full the foregoing assessed liabilities.  As

of May 31, 2013, taking into account all payments and credits since the assessment

dates, the taxpayers remain indebted to the United States in the amount of

$510,872.51, plus accrued statutory interest to the date of payment.  (See Exhibit B).

5.   The property upon which the IRS seeks to levy (the "Property") is located at 2733

N.E. 34th Street, Fort Lauderdale, Florida 33306 and described more fully as:

> CORAL RIDGE GALT ADD NO 3 35-47 B LOT E BLK 16 OF THE PUBLIC
> RECORDS OF BROWARD COUNTY, FLORIDA

6.   Upon information and belief, the Property is the principal residence (within the

meaning of section 121 of the Internal Revenue Code (26 U.S.C.)) of the taxpayers.

7.   The IRS has followed the requirements of applicable law and administrative

procedures relevant to a levy upon the Property.

8. The IRS has attempted to satisfy the taxpayers' tax liability from assets other than the Property; however, these attempts have not been successful.  Specifically, the IRS determined that the taxpayers owned an Individual Retirement Account ("IRA") valued at approximately $206,000.00 in 2010.  The IRS requested that the taxpayers obtain a loan secured by the IRA to pay off their tax liabilities for the 2005 through 2008 tax years.  But the taxpayers liquidated the IRA without remitting any funds to the IRS.

9. The IRS also obtained copies of corporate bank statements from a business owned by the taxpayers which showed that the company had a cash balance of $184,143.98 as of December 31, 2011.  The IRS requested that the taxpayers use the corporate funds to pay off their tax liabilities for the 2005 through 2008 tax years but the taxpayers refused.

10. The IRS also requested that the taxpayers secure a loan on the Property or sell the Property to make payments towards their tax liabilities for the 2005 through 2008 tax years.  The taxpayers were denied a loan from a commercial bank and refused to place the Property for sale.

11. The IRS collected $32,493.22 from levies issued against the taxpayers on account of the unpaid tax liability for 2005 through 2008; however, the most recent levies issued on the taxpayers' bank accounts only resulted in $315 and $318 being received by the IRS respectively.

12. The taxpayers were given additional opportunities to resolve their tax liabilities for the 2005 through 2008 tax years, advised that seizure was the next planned action, and given information on how to avoid the seizure action.  Despite these efforts, the

- 3 -

taxpayers have refused or failed to cooperate with the IRS.   Therefore, no reasonable alternative exists to satisfy the taxpayers' unpaid federal tax liabilities described herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2013.

E. Rosas
Revenue Officer
Internal Revenue Service

- 4 -

# EXHIBIT A



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

| | |
|---|---|
| Request Date: | 05-31-2013 |
| Response Date: | 05-31-2013 |
| Tracking Number: | 100162888673 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:         █████-8211
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  █████-0471

BYRON A & LINDA L BUSBY
███████████████
FT LAUDERDALE, FL 33306-1519-333

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 44,412.06 | |
| ACCRUED INTEREST: | 9,410.49 | AS OF: Jun. 17, 2013 |
| ACCRUED PENALTY: | 12,750.51 | AS OF: Jun. 17, 2013 |

| | |
|---|---|
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 66,573.06 |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 05 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 279,914.00 |
| TAXABLE INCOME: | 263,514.00 |
| TAX PER RETURN: | 14,147.82 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 6,758.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2006 |
| PROCESSING DATE | May 22, 2006 |

| | TRANSACTIONS | | | |
|---|---|---|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20061908 | 05-22-2006 | $14,469.00 |
| n/a | 07221-112-14919-6 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2006 | -$21,047.77 |
| 846 | Refund issued | | 05-22-2006 | $6,578.77 |
| 420 | Examination of tax return | | 10-02-2008 | $0.00 |
| 560 | IRS can assess tax until 09-12-2009 | | 02-26-2009 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 20092708 | 07-20-2009 | $12,003.80 |
| n/a | 49247-582-00055-9 | | | |
| 300 | Additional tax assessed by examination | 20092708 | 07-20-2009 | $60,019.00 |
| n/a | 49247-582-00055-9 | | | |
| 336 | Interest charged for late payment | 20092708 | 07-20-2009 | $10,648.36 |
| 971 | Notice issued CP 0022 | | 07-20-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 11-16-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 11-02-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 11-17-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-01-2009 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 12-15-2009 | $0.00 |
| 977 | Amended return filed | | 12-15-2009 | $0.00 |
| n/a | 18277-554-05818-0 | | | |
| 290 | Additional tax assessed | 20102508 | 07-05-2010 | $0.00 |
| n/a | 28254-562-18021-0 | | | |
| 290 | Additional tax assessed | 20103608 | 09-20-2010 | $0.00 |
| n/a | 49254-642-18054-0 | | | |
| 521 | Removed bankruptcy or other legal action | | 07-23-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-01-2010 | $0.00 |
| 360 | Fees and other expenses for collection | | 10-25-2010 | $20.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-07-2010 | $0.00 |
| 670 | Payment Levy | | 05-02-2011 | -$21,971.14 |
| 706 | Credit transferred in from 1040 200912 | | 04-15-2010 | -$5,855.18 |
| 670 | Payment Levy | | 05-02-2011 | -$3,206.14 |

Case 0:13-cv-61335-JIC   Document 1-1   Entered on FLSD Docket 06/17/2013   Page 8 of 21

| 670 | Payment<br>Levy | 02-24-2012 | -$45.25 |
|-----|-----------------|------------|---------|
| 670 | Payment<br>Levy | 02-28-2012 | -$183.62 |
| 670 | Payment<br>Levy | 02-29-2012 | -$6,384.00 |
| 670 | Payment<br>Levy | 08-24-2012 | -$315.08 |
| 670 | Payment<br>Levy | 09-24-2012 | -$318.69 |
| 520 | Bankruptcy or other legal action filed | 01-10-2013 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 05-31-2013 |
| Response Date: | 05-31-2013 |
| Tracking Number: | 100162888673 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:          -8211

SPOUSE TAXPAYER IDENTIFICATION NUMBER:          -0471

BYRON A & LINDA L BUSBY

FT LAUDERDALE, FL 33306-1519-333

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 127,065.32 | |
| ACCRUED INTEREST: | 14,784.21 | AS OF: Jun. 17, 2013 |
| ACCRUED PENALTY: | 21,823.44 | AS OF: Jun. 17, 2013 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          163,672.97

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 05 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 396,855.00 |
| TAXABLE INCOME: | 381,055.00 |
| TAX PER RETURN: | 15,970.18 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 10,059.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2007 |
| PROCESSING DATE | Jul. 02, 2007 |

```
╔══════════════════════════════════════════════════════╗
║                     TRANSACTIONS                       ║
╚══════════════════════════════════════════════════════╝
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20072508 | 07-02-2007 | $10,772.47 |
| n/a | 58221-104-52845-7 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2007 | -$24,097.88 |
| 846 | Refund issued | | 07-02-2007 | $13,325.41 |
| 922 | Review of unreported income | | 10-14-2008 | $0.00 |
| 420 | Examination of tax return | | 08-14-2008 | $0.00 |
| 640 | Advance payment of tax owed | | 08-29-2008 | -$5,066.00 |
| 290 | Additional tax assessed | 20084008 | 10-13-2008 | $4,667.00 |
| n/a | 28254-667-50216-8 | | | |
| 196 | Interest charged for late payment | 20084008 | 10-13-2008 | $390.72 |
| 971 | Notice issued CP 0021 | | 10-13-2008 | $0.00 |
| 300 | Additional tax assessed by examination | 20091208 | 04-06-2009 | $0.00 |
| n/a | 28247-478-10015-9 | | | |
| 640 | Advance payment of tax owed | | 03-16-2009 | -$14,253.01 |
| 560 | IRS can assess tax until 09-12-2010 | | 08-10-2009 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 20101208 | 04-05-2010 | $20,401.00 |
| n/a | 49247-475-31160-0 | | | |
| 300 | Additional tax assessed by examination | 20101208 | 04-05-2010 | $102,005.00 |
| n/a | 49247-475-31160-0 | | | |
| 336 | Interest charged for late payment | 20101208 | 04-05-2010 | $21,861.42 |
| 971 | Notice issued CP 0022 | | 04-05-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-05-2010 | $20.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-15-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-11-2010 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | | 04-21-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by appeals - decision letter issued or you withdrew the hearing request | | 02-11-2012 | $0.00 |

Case 0:13-cv-01335-JIC   Document 1-1   Entered on FLSD Docket 06/17/2013   Page 11 of 21

| 670 | Payment Levy | 04-24-2012 | -$2,960.81 |
| 520 | Bankruptcy or other legal action filed | 01-10-2013 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

| | | |
|---|---|---|
| Request Date: | | 05-31-2013 |
| Response Date: | | 05-31-2013 |
| Tracking Number: | | 100162888673 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:          -8211

SPOUSE TAXPAYER IDENTIFICATION NUMBER:   -0471

BYRON A & LINDA L BUSBY

FT LAUDERDALE, FL 33306-1519-333

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 162,689.80 | |
| ACCRUED INTEREST: | 19,744.08 | AS OF: Jun. 17, 2013 |
| ACCRUED PENALTY: | 31,078.75 | AS OF: Jun. 17, 2013 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          213,512.63

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 06 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 464,712.00 |
| TAXABLE INCOME: | 448,347.00 |
| TAX PER RETURN: | 20,263.88 |
| SE TAXABLE INCOME TAXPAYER: | 38,593.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 14,941.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2008 |
| PROCESSING DATE | May 19, 2008 |

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20081908 | 05-19-2008 | $19,753.00 |
| n/a | 07211-103-35168-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2008 | -$23,456.86 |
| 971 | Notice issued CP 0012 | | 05-19-2008 | $0.00 |
| 846 | Refund issued | | 05-19-2008 | $3,703.86 |
| 290 | Additional tax assessed | 20082008 | 05-26-2008 | $0.00 |
| n/a | 07254-999-05099-8 | | | |
| 420 | Examination of tax return | | 08-14-2008 | $0.00 |
| 766 | Tax relief credit | | 10-27-2008 | -$1,200.00 |
| 290 | Additional tax assessed | 20084208 | 10-27-2008 | $0.00 |
| n/a | 07254-999-05099-8 | | | |
| 846 | Refund issued | | 10-27-2008 | $1,200.00 |
| 922 | Review of unreported income | | 04-19-2009 | $0.00 |
| 300 | Additional tax assessed by examination | 20091208 | 04-06-2009 | $0.00 |
| n/a | 28247-478-10016-9 | | | |
| 560 | IRS can assess tax until 09-12-2011 | | 08-10-2009 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 20100408 | 02-08-2010 | $24,863.00 |
| n/a | 49247-407-30709-0 | | | |
| 300 | Additional tax assessed by examination | 20100408 | 02-08-2010 | $124,315.00 |
| n/a | 49247-407-30709-0 | | | |
| 336 | Interest charged for late payment | 20100408 | 02-08-2010 | $13,511.80 |
| 971 | Notice issued CP 0022 | | 02-08-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-15-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-11-2010 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | | 04-21-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by appeals - decision letter issued or you withdrew the hearing request | | 02-11-2012 | $0.00 |

520   Bankruptcy or other legal action filed                    01-10-2013        $0.00

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

---

| This Product Contains Sensitive Taxpayer Data |

## Account Transcript

|  |  |
|---|---|
| Request Date: | 05-31-2013 |
| Response Date: | 05-31-2013 |
| Tracking Number: | 100162888673 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:     -8211

SPOUSE TAXPAYER IDENTIFICATION NUMBER:     -0471

BYRON A & LINDA L BUSBY

FT LAUDERDALE, FL 33306-1519-333

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 47,236.22 | |
|---|---|---|
| ACCRUED INTEREST: | 5,448.95 | AS OF: Jun. 17, 2013 |
| ACCRUED PENALTY: | 11,367.19 | AS OF: Jun. 17, 2013 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          64,052.36

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 06 |
|---|---|
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 273,989.00 |
| TAXABLE INCOME: | 220,162.00 |
| TAX PER RETURN: | 5,593.00 |
| SE TAXABLE INCOME TAXPAYER: | 61,971.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 13,139.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 19, 2009

PROCESSING DATE     Feb. 22, 2010

| | TRANSACTIONS | | | |
|---|---|---|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20100608 | 02-22-2010 | $7,087.60 |
| n/a | 07221-302-13511-9 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2009 | -$6,216.00 |
| 460 | Extension of time to file ext. Date 10-15-2009 | | 04-15-2009 | $0.00 |
| 670 | Payment | | 04-15-2009 | -$16,688.21 |
| 971 | Amended tax return or claim forwarded for processing | | 11-16-2009 | $0.00 |
| 977 | Amended return filed | | 11-16-2009 | $0.00 |
| n/a | 19277-741-00701-9 | | | |
| 971 | Notice issued CP 0012 | | 02-22-2010 | $0.00 |
| 290 | Additional tax assessed | 20101108 | 03-29-2010 | $61,285.40 |
| n/a | 19254-470-05573-0 | | | |
| 196 | Interest charged for late payment | 20101108 | 03-29-2010 | $1,767.43 |
| 971 | Notice issued CP 0022 | | 03-29-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 06-07-2010 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-15-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-11-2010 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | | 04-21-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by appeals - decision letter issued or you withdrew the hearing request | | 02-11-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 01-10-2013 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|

# EXHIBIT B

```
INTST        8211
30 200512 05312013 BUSB
              .00  ASSESSED FTP
        10,648.36  ASSESSED INT
        33,763.70  TAX & PENALTY
        44,412.06  ASSESSED TOTAL
        12,750.50  ACCRUED FTP
         9,335.32  ACCRUED INT
        22,085.82  TOTAL ACCRUALS
        12,750.50  TOTAL FTP
        19,983.68  TOTAL INT
        66,497.88  BALANCE DUE
```

```
INTST        -8211
30 200612 05312013 BUSB
                .00  ASSESSED FTP
          22,252.14  ASSESSED INT
         104,813.18  TAX & PENALTY
         127,065.32  ASSESSED TOTAL
          25,486.44  ACCRUED FTP
          14,586.15  ACCRUED INT
          40,072.59  TOTAL ACCRUALS
          25,486.44  TOTAL FTP
          36,838.29  TOTAL INT
         167,137.91  BALANCE DUE
```

```
INTST        -8211
30 200712 05312013 BUSB
                .00   ASSESSED FTP
          13,511.80   ASSESSED INT
         149,178.00   TAX & PENALTY
         162,689.80   ASSESSED TOTAL
          31,078.75   ACCRUED FTP
          19,489.37   ACCRUED INT
          50,568.12   TOTAL ACCRUALS
          31,078.75   TOTAL FTP
          33,001.17   TOTAL INT
         213,257.92   BALANCE DUE
```

```
INTST        -8211
30 200812 05312013 BUSB
            .00  ASSESSED FTP
       1,767.43  ASSESSED INT
      45,468.79  TAX & PENALTY
      47,236.22  ASSESSED TOTAL
      11,367.19  ACCRUED FTP
       5,375.39  ACCRUED INT
      16,742.58  TOTAL ACCRUALS
      11,367.19  TOTAL FTP
       7,142.82  TOTAL INT
      63,978.80  BALANCE DUE
```